IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**SHELBY WAYNE BEST**                                                                                    **PLAINTIFF**

**v.**                                                 **CAUSE NO. 1:16-cv-108-LG-RHW**

**STACY JORDAN, et al.**                                              **DEFENDANTS**

## FINAL JUDGMENT

This matter is before the Court on submission of the [39] Report and Recommendation of United States Magistrate Judge Robert H. Walker entered in this cause on April 26, 2017. The Court, having adopted said Report and Recommendation as the finding of this Court by Order entered this date, finds that this matter should be dismissed. Accordingly,

**IT IS ORDERED AND ADJUDGED** that this matter be, and is hereby, **DISMISSED**.

**SO ORDERED AND ADJUDGED** this the 11th day of May, 2017.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE